**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Salvatore J. Sowell,** | : | |
| | : | **Case No. 2:25-cv-00362** |
| **Plaintiff,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **Franklin County, Ohio, et al.** | : | **Magistrate Judge Jolson** |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court upon the Magistrate Judge's Report and Recommendation, filed June 3, 2025. Doc. 10. The Magistrate Judge recommends that this matter be dismissed for want of prosecution. The deadline for filing objections to the Report and Recommendation has passed without any objections filed. When no objections are timely filed, a district court reviews a magistrate judge's report and recommendation for clear error. Fed. R. Civ. P. 72, advisory committee note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court finds no clear error and agrees with the Magistrate Judge's Report and Recommendation (doc. 10) and **ADOPTS** the same. This matter is hereby **DISMISSED** for want of prosecution.

**IT IS SO ORDERED**.

*s/James L. Graham*
JAMES L. GRAHAM
United States District Judge

DATE: July 8, 2025

1